IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR224 |
| vs. | |
| SHIROCCO MARQUISE WILLIAMS, | ORDER |
| Defendant. | |

Defendant Shirocco Marquise Williams appeared before the court on Friday, May 11, 2018, on a Petition for Warrant for Offender Under Supervision [49]. Defendant was represented by Assistant Federal Public Defender Richard H. McWilliams, and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. Defendant waived his right to a preliminary examination. The government moved for detention, and a detention hearing was held on May 15, 2018. Christopher L. Ferretti represented the United States, and withdrew the government's motion for detention, therefore, Defendant will be released on current and modified conditions of supervision.

I find that the Report alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on June 26, 2018, at 1:30 p.m. Defendant must be present in person.

2. Defendant is released on current conditions of supervision.

Dated this 15th day of May, 2018.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge